No. 273. U. S. PRINTING & NOVELTY CO., INC. ET AL. *v.* FEDERAL TRADE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Horace J. Donnelly, Jr.* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Barnes* and *Earl W. Kintner* for respondent.

No. 21. SINCLAIR ET AL. *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *James H. Martin* for petitioners. *John Ben Shepperd,* Attorney General of Texas, and *J. Milton Richardson, John Atchison* and *William M. King,* Assistant Attorneys General, for respondent.

No. 88. JONES *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *James H. Martin* and *Travis Kirk* for petitioner. *John Ben Shepperd,* Attorney General of Texas, *John Davenport* and *David Beerbower,* Assistant Attorneys General, and *Henry Wade* for respondent.

No. 134. BUSCH JEWELRY CO. ET AL. *v.* STATE BOARD OF OPTOMETRY. Supreme Court of Mississippi. Certiorari denied. *M. B. Montgomery* for petitioners. *Richard A. Billups, Jr.* for respondent.